UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILFRED ARVIZO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA; UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-6964 CAS (PLAx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss Action with Prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: January 2, 2013

*Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE